# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
### HOUSTON DIVISION

| | | |
|---|---|---|
| Mariki Earl, | § | |
| | § | |
| Plaintiff, | § | |
| | § | CIVIL ACTION NO. |
| v. | § | |
| | § | |
| Health and Human Services, | § | |
| Department of Labor, | § | |
| | § | |
| Defendants. | § | |

## Index of Matters Filed

Pursuant to Local Rule 81, the United States provides the following index with copies of each attached herein:[1]

1.  The docket sheet from the 268th Judicial District Court of Fort Bend County (2 pages)

2.  Plaintiff's *pro se* complaint (2 pages)

3.  Citation, Department of Labor (with certified mail tracking and returned green card) (8 pages)

4.  Citation, Health and Human Services (with certified mail tracking and returned green card) (8 pages)

5.  Subpoena, Department of Labor (with certified mail tracking and returned green card) (8 pages)

---

[1] A civil case information sheet was not found in the docket in the state court case.

6.      Subpoena, Health and Human Services (with certified mail tracking and returned green card) (8 pages)

7.      Subpoena, Health and Human Services (with certified mail tracking) (6 pages)

Respectfully submitted,

RYAN K. PATRICK
United States Attorney

*/s/ **Chad W. Cowan***
CHAD W. COWAN
Assistant United States Attorney
Southern District of Texas
1000 Louisiana Street, Suite 2300
Houston, Texas 77002
PH: (713) 567-9569
FX: (713) 718-3303
Alabama Bar No. ASB-5272-C54C
Texas Bar No. 24082540
Southern District No. 938890
Chad.Cowan@usdoj.gov

<u>CERTIFICATE OF SERVICE</u>

I hereby certify that a true copy of the foregoing pleading was electronically served either through the Court's electronic filing system on January 25, 2021, and was served by U.S. Mail, postage prepaid on January 26, 2021, to the following:

Mariki Earl
7814 Chaseview Drive
Missouri City, Texas 77489

*Pro se* **Plaintiff**

*/s/ **Chad W. Cowan***
CHAD W. COWAN
Assistant United States Attorney

# REGISTER OF ACTIONS
## CASE NO. 21-DCV-279665

| | |
|---|---|
| Mariki Earl vs Health and Human Services, Department of Labor | § § § § § |

| | |
|---|---|
| Case Type: | **Other Civil** |
| Date Filed: | **01/04/2021** |
| Location: | **268th District Court** |

---

### PARTY INFORMATION

| | | Attorneys |
|---|---|---|
| **Defendant or Respondent** | Department of Labor<br>Houston, TX 77074 | |
| **Defendant or Respondent** | Health and Human Services<br>Houston, TX 77045 | |
| **Plaintiff or Petitioner** | Earl, Mariki<br>Missouri City, TX 77489 | **Pro Se** |

---

### EVENTS & ORDERS OF THE COURT

**OTHER EVENTS AND HEARINGS**

| | |
|---|---|
| 01/04/2021 | **Petition**    **Index # 1** |
| | *Original Complaint* |
| 01/04/2021 | **Notice**    **Index # 2** |
| | *Notice of Hearing* |
| 01/04/2021 | **Affidavit**    **Index # 3** |
| | *Statement of Inability to Afford Payment of Court Costs or an Appeal Bond in Justice Court* |
| 01/04/2021 | **Request**    **Index # 4** |
| | *Request for Process* |
| 01/04/2021 | **Application**    **Index # 5** |
| | *Subpoena Application* |
| 01/05/2021 | **Issuance**    **Index # 6** |
| | *Citation by C/M Issued to Department of Labor* |
| 01/05/2021 | **Citation by Certified Mail** |

| | | | |
|---|---|---|---|
| | CMRRR 9414 7266 9904 2170 3875 66 | | |
| | Department of Labor | Served | 01/08/2021 |
| | | Returned | 01/11/2021 |

| | |
|---|---|
| 01/05/2021 | **Issuance**    **Index # 7** |
| | *Citation by C/M Issued to Health and Human Services* |
| 01/05/2021 | **Citation by Certified Mail** |

| | | | |
|---|---|---|---|
| | CMRRR 9414 7266 9904 2170 3875 73 | | |
| | Health and Human Services | Returned Unserved | 01/11/2021 |
| | | Returned | 01/11/2021 |

| | |
|---|---|
| 01/05/2021 | **Issuance**    **Index # 8** |
| | *Citation by C/M Issued to Health and Human Services* |
| 01/05/2021 | **Citation by Certified Mail** |

| | | |
|---|---|---|
| | CMRRR 9414 7266 9904 2170 3875 80 | |
| | Health and Human Services | Unserved |

| | |
|---|---|
| 01/05/2021 | **Motion (No Fee)**    **Index # 9** |
| | *Clerk's Contest of Statement/Affidavit of Inability to Pay Court Costs - TRCP 145* |
| 01/05/2021 | **Proposed Order**    **Index # 10** |
| | *Order on Clerk's Contest of Statement/Affidavit of Inability to Pay Court Costs* |
| 01/05/2021 | **Letters** |
| | *CMRRR# 9414 7266 9904 2170 3875 59* |
| 01/06/2021 | **Issuance**    **Index # 11** |
| | *Subpoena Duces Tecum by C/M Issued to Department of Labor* |
| 01/06/2021 | **Citation by Certified Mail** |

| | | | |
|---|---|---|---|
| | CMRRR 9414 7266 9904 2162 3257 74 | | |
| | Department of Labor | Served | 01/08/2021 |
| | | Returned | 01/11/2021 |

| | |
|---|---|
| 01/06/2021 | **Issuance**    **Index # 12** |
| | *Subpoena Duces Tecum by C/M Issued to Health and Human Services* |
| 01/06/2021 | **Citation by Certified Mail** |

| | | | |
|---|---|---|---|
| | CMRRR 9414 7266 9904 2162 3257 81 | | |
| | Health and Human Services | Returned Unserved | 01/11/2021 |
| | | Returned | 01/11/2021 |

| | |
|---|---|
| 01/06/2021 | **Issuance**    **Index # 13** |
| | *Subpoena Duces Tecum by C/M Issued to Health and Human Services* |
| 01/06/2021 | **Citation by Certified Mail** |

| | | |
|---|---|---|
| | CMRRR 9414 7266 9904 2170 3875 97 | |
| | Health and Human Services | Unserved |

---

### FINANCIAL INFORMATION

**Plaintiff or Petitioner** Earl, Mariki

| | | |
|---|---|---|
| Total Financial Assessment | | 825.00 |
| Total Payments and Credits | | 0.00 |
| **Balance Due as of 01/25/2021** | | **825.00** |

| | | |
|---|---|---|
| 01/04/2021 | Transaction Assessment | 297.00 |
| 01/04/2021 | Transaction Assessment | 264.00 |
| 01/04/2021 | Transaction Assessment | 24.00 |
| 01/05/2021 | Transaction Assessment | 240.00 |

Mariki Earl

Health & Human Services

Dept. of Labor    01/04/2021

**268**

Honorable Judge

Fort Bend County Texas

Original Complaint

Now, comes, Mariki Earl, and petition(s), redress-
ing based, under, the, Service Contract Act, as, sub-
mission, with, regard, to, documents, forwarded,
under, privacy practices act, to, assess,
fiscal responsibilities; 2020-2019.

21-DCV-279665
PETID         1
Petition
.6247477

FILED

2021 JAN -4  PM 4: 02

CLERK DISTRICT COURT
FORT BEND CO. TX

Judge Presiding          Date

# United States Department of Labor
# Wage and Hour Division

## Wage and Hour Division (WHD)

### McNamara-O'Hara Service Contract Act (SCA)

- Overview
- Key News
- Guidance
- Poster
- Fact Sheet
- Forms
- Applicable Laws and Regulations
- E-Tools
- DBA and SCA Online Training

## Overview

The McNamara-O'Hara Service Contract Act requires contractors and subcontractors performing services on prime contracts in excess of $2,500 to pay service employees in various classes no less than the wage rates and fringe benefits found prevailing in the locality, or the rates (including prospective increases) contained in a predecessor contractor's collective bargaining agreement. The Department of Labor issues wage determinations on a contract-by-contract basis in response to specific requests from contracting agencies. These determinations are incorporated into the contract.

For contracts equal to or less than $2,500, contractors are required to pay the federal minimum wage as provided in Section 6(a)(1) of the Fair Labor Standards Act.

For prime contracts in excess of $100,000, contractors and subcontractors must also, under the provisions of the Contract Work Hours and Safety Standards Act, as amended, pay laborers and mechanics, including guards and watchmen, at least one and one-half times their regular rate of pay for all hours worked over 40 in a workweek. The overtime provisions of the Fair Labor Standards Act may also apply to SCA-covered contracts.

## Key News

- The Wage and Hour Division issued All Agency Memorandum 227, which sets the Service Contract Act Health and Welfare Fringe Benefit rate at $4.48 per hour effective July 11, 2018. The AAM also sets an

**SERVICE FEE NOT COLLECTED BY DISTRICT CLERK**

**THE STATE OF TEXAS**

**CITATION**

TO:    **DEPARTMENT OF LABOR**
**8701 S GESSNER**
**HOUSTON TX  77074**

**NOTICE:**

You have been sued.  You may employ an attorney.  If you or your attorney do not file a written answer with the clerk who issued this citation by 10:00 a.m. on Monday next following the expiration of twenty days after you were served this citation and **ORIGINAL COMPLAINT** filed on **JANUARY 04, 2021,** a default judgment may be taken against you.

The case is presently pending before the **268TH JUDICIAL DISTRICT COURT** of Fort Bend County sitting in Richmond, Texas. It bears cause number **21-DCV-279665**  and is styled:

**MARIKI EARL VS HEALTH AND HUMAN SERVICES, DEPARTMENT OF LABOR**

The name and address of the attorney for **PLAINTIFF** is:

**MARIKI EARL**
**PRO SE**
**7814 CHASEVIEW DR**
**MISSOURI CITY TX  77489**
**832-483-0375**

The nature of the demands of said **PLAINTIFF** is shown by a true and correct copy of the **ORIGINAL COMPLAINT** accompanying this citation and made a part hereof.

If this Citation is not served, it shall be returned unserved. Issued under my hand and seal of said Court, at Richmond, Texas, **on this the 5th day of January, 2021.**

**DISTRICT CLERK BEVERLEY MCGREW WALKER**
**FORT BEND COUNTY, TEXAS**
Physical Address:
1422 Eugene Heimann Circle, Room 31004
Richmond, Texas 77469
Mailing Address:
301 Jackson Street, Room 101
Richmond, Texas77469

By:_____
Deputy District Clerk VANESSA VASQUEZ
Telephone: (281) 341-3754

21-DCV-279665                    268th Judicial District Court
Mariki Earl vs Health and Human Services, Department of Labor

## CERTIFICATE OF DELIVERY BY CERTIFIED MAIL

Came to hand on the **4th day of January, 2021** at **4:02 pm** o'clock and executed at **8701 S GESSNER  HOUSTON TX  77074,** on the **January 05, 2021,** by delivering to the within named **DEPARTMENT OF LABOR** by registered or certified mail, with delivery - restricted to addressee only, return receipt requested, a true copy of this citation together with the accompanying copy of the petition were attached thereto.

Fee………  **$8.00 Issuance + $80.00 Service = $88.00**

CMRRR# 9414 7266 9904 2170 3875 66

**FILED**
**JANUARY 05, 2021**
**AT 11:11 AM**
*Beverley McGrew Walker*
**CLERK DISTRICT COURT, FORT BEND CO., TX**

**DISTRICT CLERK BEVERLEY MCGREW WALKER**
**FORT BEND COUNTY, TEXAS**
Physical Address:
1422 Eugene Heimann Circle, Room 31004
Richmond, Texas 77469
Mailing Address:
301 Jackson Street, Room 101
Richmond, Texas 77469

By:_____
Deputy District Clerk  Vanessa Vasquez

---

**COMPLETE IF YOU ARE A PERSON OTHER THAN A SHERIFF, CONSTABLE, OR CLERK OF THE COURT.**

In accordance with Rule 107:  The officer or authorized person who serves, or attempts to serve, a citation shall sign the return.  The signature is not required to be verified.  If the return is signed by a person other than a sheriff, constable, or the clerk of the court, the return shall be signed under penalty of perjury and contain the following statement:

"My name is _____, my date of birth is
                (First, Middle, Last)

_____, and my address is _____
                                                    (Street, City, Zip)

_____."

I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.

Executed in _____ County, State of _____,

on the _____day of _____.

_____
Declarant / Authorized Process Server

_____
(Id # & expiration of certification)

**ORIGINAL**

Citation (By Certified Mail) issued to Department of Labor on 1/5/2021.

**SERVICE FEE NOT COLLECTED
BY DISTRICT CLERK**

**THE STATE OF TEXAS**

**CITATION**

TO:   **DEPARTMENT OF LABOR**
      **8701 S GESSNER**
      **HOUSTON TX  77074**

**NOTICE:**

You have been sued.  You may employ an attorney.  If you or your attorney do not file a written answer with the clerk who issued this citation by 10:00 a.m. on Monday next following the expiration of twenty days after you were served this citation and **ORIGINAL COMPLAINT** filed on **JANUARY 04, 2021,** a default judgment may be taken against you.

The case is presently pending before the **268TH JUDICIAL DISTRICT COURT** of Fort Bend County sitting in Richmond, Texas. It bears cause number **21-DCV-279665**  and is styled:

**MARIKI EARL VS HEALTH AND HUMAN SERVICES, DEPARTMENT OF LABOR**

The name and address of the attorney for **PLAINTIFF** is:

**MARIKI EARL
PRO SE
7814 CHASEVIEW DR
MISSOURI CITY TX  77489
832-483-0375**

The nature of the demands of said  **PLAINTIFF** is shown by a true and correct copy of the **ORIGINAL COMPLAINT** accompanying this citation and made a part hereof.

If this Citation is not served, it shall be returned unserved. Issued under my hand and seal of said Court, at Richmond, Texas, **on this the 5th day of January, 2021.**

**DISTRICT CLERK BEVERLEY MCGREW WALKER
FORT BEND COUNTY, TEXAS**
Physical Address:
1422 Eugene Heimann Circle, Room 31004
Richmond, Texas 77469
Mailing Address:
301 Jackson Street, Room 101
Richmond, Texas 77469

By:_____
    Deputy District Clerk VANESSA VASQUEZ
    Telephone: (281) 341-3754

**SERVICE**

21-DCV-279665                    268th Judicial District Court
Mariki Earl vs Health and Human Services, Department of Labor

## CERTIFICATE OF DELIVERY BY CERTIFIED MAIL

Came to hand on the _____ at _____ o'clock and executed _____

_____, on the _____, by delivering to the within named _____

_____ by registered or certified mail, with delivery - restricted to addressee only, return receipt requested, a true copy of this

citation together with the accompanying copy of the petition were attached thereto.

Fee......... **$** _____

**CMRRR#** _____

**DISTRICT CLERK BEVERLEY MCGREW WALKER
FORT BEND COUNTY, TEXAS**
Physical Address:
1422 Eugene Heimann Circle, Room 31004
Richmond, Texas 77469
Mailing Address:
301 Jackson Street, Room 101
Richmond, Texas 77469

By:_____
    Deputy District Clerk

**COMPLETE IF YOU ARE A PERSON OTHER THAN A SHERIFF, CONSTABLE, OR CLERK OF THE COURT.**
In accordance with Rule 107:  The officer or authorized person who serves, or attempts to serve, a citation shall sign the return.  The signature is not required to be verified.  If the return is signed by a person other than a sheriff, constable, or the clerk of the court, the return shall be signed under penalty of perjury and contain the following statement:

"My name is _____, my date of birth is _____
              (First, Middle, Last)

_____, and my address is _____
                                                     (Street, City, Zip)

_____."

I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.

Executed in _____ County, State of _____,

on the _____ day of _____.

_____
Declarant / Authorized Process Server

_____
(Id # & expiration of certification)

## SERVICE

Citation (By Certified Mail) issued to Department of Labor on 1/5/2021.

# WALZ

Certified Mail Automation

Walz Certified Mailer™ form #45663
Version E1119

Used with WCM Plus™ software

Reorder forms online at:
# www.walzpostal.com

21 – DCV – 279665
ISSU
6
Issuance
6249466

or contact WALZ at:
Email: sales@walzpostal.com
Toll Free: (800) 381-3811

For a better, faster and easier way!

# U.S. Postal Service®
# CERTIFIED MAIL® RECEIPT
## Domestic Mail Only

**USPS® ARTICLE NUMBER**

9414 7266 9904 2170 3875 66

| | | |
|---|---|---|
| Certified Mail Fee | $ | 3.95 |
| Return Receipt (Hardcopy) | $ | 2.85 |
| Return Receipt (Electronic) | $ | |
| Certified Mail Restricted Delivery | $ | |
| Postage | $ | 0.65 |
| Total Postage and Fees | $ | 7.05 |

RICHMOND TEXAS
77406
JAN 2021
USPS

Postmark
Here

Sent to:

DEPARTMENT OF LABOR
8701 S GESSNER
HOUSTON, TX 77074

Reference Information

DC CV CIT 268TH VV
21-DCV-279665  EARL

2021 JAN -6 PM 2:35

FILED

Beverly M. Walker

CLERK DISTRICT COURT
FORT BEND CO., TX

PS Form 3800, Facsimile, July 2015



USPS TRACKING #

NORTH HOUSTON TX 773

20 JAN 2021 PM 1 L

9590 9266 9504 2170 3875 6

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

21 – DCV – 279665
6
ISSU
Issuance
6253766

**United States
Postal Service®**

● Sender: Please pi                    N ●

**BEVERLEY MCGREW WALKER
FORT BEND COUNTY DISTRICT CLERK
301 JACKSON ST
RICHMOND TX 77469-3108**

Return Receipt (Form 3811) Barcode



9590 9266 9904 2170 3875 69

Article Addressed to:
DEPARTMENT OF LABOR
8701 S GESSNER
HOUSTON, TX 77074

COMPLETE THIS SECTION ON DELIVERY

A. Signature
X ☐ Agent
☐ Addresse

B. Received by (Printed Name)  C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

3. Service Type:
☒ Certified Mail
☐ Certified Mail Restricted Delivery

Reference Information
21-DCV-279665 EARL
DC CV CIT 268TH VV

Certified Mail (Form 3800) Article Number
9414 7266 9904 2170 3875 66

**THE STATE OF TEXAS**

**CITATION**

TO:    **HEALTH AND HUMAN SERVICES**
       **13838 BUFFALO SPEEDWAY**
       **HOUSTON TX  77045**

**NOTICE:**

You have been sued.  You may employ an attorney.  If you or your attorney do not file a written answer with the clerk who issued this citation by 10:00 a.m. on Monday next following the expiration of twenty days after you were served this citation and **ORIGINAL COMPLAINT** filed on **JANUARY 04, 2021,** a default judgment may be taken against you.

The case is presently pending before the **268TH JUDICIAL DISTRICT COURT** of Fort Bend County sitting in Richmond, Texas. It bears cause number **21-DCV-279665**  and is styled:

**MARIKI EARL VS HEALTH AND HUMAN SERVICES, DEPARTMENT OF LABOR**

The name and address of the attorney for **PLAINTIFF** is:

**MARIKI EARL**
**PRO SE**
**7814 CHASEVIEW DR**
**MISSOURI CITY TX  77489**
**832-483-0375**

The nature of the demands of said **PLAINTIFF** is shown by a true and correct copy of the **ORIGINAL COMPLAINT** accompanying this citation and made a part hereof.

If this Citation is not served, it shall be returned unserved. Issued under my hand and seal of said Court, at Richmond, Texas, **on this the 5th day of January, 2021.**

**DISTRICT CLERK BEVERLEY MCGREW WALKER**
**FORT BEND COUNTY, TEXAS**
Physical Address:
1422 Eugene Heimann Circle, Room 31004
Richmond, Texas 77469
Mailing Address:
301 Jackson Street, Room 101
Richmond, Texas 77469

By: _____

Deputy District Clerk VANESSA VASQUEZ
Telephone: (281) 341-3754

21-DCV-279665                    268th Judicial District Court
Mariki Earl vs Health and Human Services, Department of Labor

**CERTIFICATE OF DELIVERY BY CERTIFIED MAIL**

Came to hand on the **4th day of January, 2021** at **4:02 pm** o'clock and executed at **13838 BUFFALO SPEEDWAY HOUSTON TX  77045,** on the **January 05, 2021**, by delivering to the within named **HEALTH AND HUMAN SERVICES** by registered or certified mail, with delivery - restricted to addressee only, return receipt requested, a true copy of this citation together with the accompanying copy of the petition were attached thereto.

Fee……… **$8.00 Issuance + $80.00 Service = $88.00**

CMRRR# 9414 7266 9904 2170 3875 73

**FILED**
**JANUARY 05, 2021**
**AT 11:11 AM**
*Beverley McGrew Walker*
**CLERK DISTRICT COURT, FORT BEND CO., TX**

**DISTRICT CLERK BEVERLEY MCGREW WALKER**
**FORT BEND COUNTY, TEXAS**
Physical Address:
1422 Eugene Heimann Circle, Room 31004
Richmond, Texas 77469
Mailing Address:
301 Jackson Street, Room 101
Richmond, Texas 77469

By:_____
Deputy District Clerk  Vanessa Vasquez

---

**COMPLETE IF YOU ARE A PERSON OTHER THAN A SHERIFF, CONSTABLE, OR CLERK OF THE COURT.**
In accordance with Rule 107:  The officer or authorized person who serves, or attempts to serve, a citation shall sign the return.  The signature is not required to be verified.  If the return is signed by a person other than a sheriff, constable, or the clerk of the court, the return shall be signed under penalty of perjury and contain the following statement:

"My name is _____, my date of birth is
            (First, Middle, Last)

_____, and my address is _____
                                                (Street, City, Zip)

_____."

I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.

Executed in _____ County, State of _____,

on the _____ day of _____.

_____
Declarant / Authorized Process Server

_____
(Id # & expiration of certification)

**ORIGINAL**

Citation (By Certified Mail) issued to Health and Human Services on 1/5/2021.

**SERVICE FEE NOT COLLECTED**
**BY DISTRICT CLERK**

**THE STATE OF TEXAS**

**CITATION**

TO:   **HEALTH AND HUMAN SERVICES**
      **13838 BUFFALO SPEEDWAY**
      **HOUSTON TX  77045**

**NOTICE:**

You have been sued.  You may employ an attorney.  If you or your attorney do not file a written answer with the clerk who issued this citation by 10:00 a.m. on Monday next following the expiration of twenty days after you were served this citation and **ORIGINAL COMPLAINT** filed on **JANUARY 04, 2021,** a default judgment may be taken against you.

The case is presently pending before the **268TH JUDICIAL DISTRICT COURT** of Fort Bend County sitting in Richmond, Texas. It bears cause number **21-DCV-279665**  and is styled:

**MARIKI EARL VS HEALTH AND HUMAN SERVICES, DEPARTMENT OF LABOR**

The name and address of the attorney for **PLAINTIFF** is:

**MARIKI EARL**
**PRO SE**
**7814 CHASEVIEW DR**
**MISSOURI CITY TX  77489**
**832-483-0375**

The nature of the demands of said  **PLAINTIFF** is shown by a true and correct copy of the **ORIGINAL COMPLAINT** accompanying this citation and made a part hereof.

If this Citation is not served, it shall be returned unserved. Issued under my hand and seal of said Court, at Richmond, Texas, **on this the 5th day of January, 2021.**

                          **DISTRICT CLERK BEVERLEY MCGREW WALKER**
                          **FORT BEND COUNTY, TEXAS**
                          Physical Address:
                          1422 Eugene Heimann Circle, Room 31004
                          Richmond, Texas 77469
                          Mailing Address:
                          301 Jackson Street, Room 101
                          Richmond, Texas 77469

                          By:_____
                          Deputy District Clerk VANESSA VASQUEZ
                          Telephone: (281) 341-3754

**SERVICE**

21-DCV-279665                        268th Judicial District Court
Mariki Earl vs Health and Human Services, Department of Labor

## CERTIFICATE OF DELIVERY BY CERTIFIED MAIL

Came to hand on the _____ at _____ o'clock and executed _____

_____, on the _____, by delivering to the within named _____

_____ by registered or certified mail, with delivery - restricted to addressee only, return receipt requested, a true copy of this

citation together with the accompanying copy of the petition were attached thereto.

Fee......... **$** _____

**CMRRR#** _____

**DISTRICT CLERK BEVERLEY MCGREW WALKER**
**FORT BEND COUNTY, TEXAS**
Physical Address:
1422 Eugene Heimann Circle, Room 31004
Richmond, Texas 77469
Mailing Address:
301 Jackson Street, Room 101
Richmond, Texas 77469

By: _____
     Deputy District Clerk

**COMPLETE IF YOU ARE A PERSON OTHER THAN A SHERIFF, CONSTABLE, OR CLERK OF THE COURT.**
In accordance with Rule 107: The officer or authorized person who serves, or attempts to serve, a citation shall sign the return. The signature is not required to be verified. If the return is signed by a person other than a sheriff, constable, or the clerk of the court, the return shall be signed under penalty of perjury and contain the following statement:

"My name is _____, my date of birth is _____
              (First, Middle, Last)

_____, and my address is _____
                                            (Street, City, Zip)

_____."

I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.

Executed in _____ County, State of _____,

on the _____ day of _____.

_____
Declarant / Authorized Process Server

_____
(Id # & expiration of certification)

## SERVICE

Citation (By Certified Mail) issued to Health and Human Services on 1/5/2021.

# WALZ

Certified Mail Automation

Walz Certified Mailer™ form #45663
Version E1119

Used with WCM Plus™ software

Reorder forms online at:
# www.walzpostal.com

or contact WALZ at:
Email: sales@walzpostal.com
Toll Free: (800) 381-3811

21—DCV—279665
ISSU
7
Issuance
6249467

For a better, faster and easier way!

# U.S. Postal Service®
## CERTIFIED MAIL RECEIPT
*Domestic Mail Only*

### USPS® ARTICLE NUMBER

9414 7266 9904 2170 3875 73

| | | |
|---|---|---|
| Certified Mail Fee | $ | 3.65 |
| Return Receipt (Hardcopy) | $ | 2.8L |
| Return Receipt (Electronic) | $ | |
| Certified Mail Restricted Delivery | $ | |
| Postage | $ | 50.65 |
| Total Postage and Fees | $ | 7.05 |

RICHMOND TEXAS
77406

JAN 2021

USPS

**Postmark Here**

Sent to: HEALTH AND HUMAN SERVICES
13838 BUFFALO SPEADWAY
HOUSTON, TX 77045

Reference Information

DC CV CIT 268TH VV
21-DCV-279665 EARL

FILED 2/6/2021

2021 JAN -6 PM

Bridget M Shaw 2/6/2021

CLERK DISTRICT COURT
FORT BEND CO. TX

PS Form 3800, Facsimile, July 2015



First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

21 – DCV – 279665
ISSU          7
Issuance
6253761

ease print your name, address and ZIP+4® below ●

**BEVERLEY MCGREW WALKER**
**FORT BEND COUNTY DISTRICT CLERK**
**301 JACKSON ST**
**RICHMOND TX 77469-3108**

Return Receipt (Form 3811) Barcode



9590 9266 9904 2170 3875 76

Article Addressed to:
HEALTH AND HUMAN SERVICES
13838 BUFFALO SPEADWAY
HOUSTON, TX 77045

Certified Mail (Form 3800) Article Number
9414 7266 9904 2170 3875 73

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X
☐ Agent
☐ Addressee

B. Received by (Printed Name) | C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

3. Service Type:
☒ Certified Mail
☐ Certified Mail Restricted Delivery

Reference Information
21-DCV-279665-EARL

DC CV CIT 268TH VV

**SERVICE FEE NOT COLLECTED BY DISTRICT CLERK**

☐ Yes   ☒ No
$10.00 Witness Fee Attached

**Subpoena - Duces Tecum**

THE STATE OF TEXAS

Cause No: **21-DCV-279665**
**MARIKI EARL VS HEALTH AND HUMAN SERVICES, DEPARTMENT OF LABOR**

TO ANY SHERIFF OR CONSTABLE OF THE STATE OF TEXAS OR OTHER PERSON AUTHORIZED TO SERVE SUBPOENAS AS PROVIDED IN RULE 176 T.R.C.P.:

**YOU ARE HEREBY COMMANDED TO SUMMON**
 **DEPARTMENT OF LABOR**
 **8701 S GESSNER**
 **HOUSTON TX  77074**

to be and personally appear **INSTANTER** before the, **HONORABLE 268TH JUDICIAL DISTRICT COURT OF FORT BEND COUNTY, TEXAS** to be held within and for said County at the Court House thereof, in Richmond, Texas, then and there to testify and the truth to speak on behalf of the **PLAINTIFF** in the above styled and numbered cause, now pending in said Court, and there to remain from day to day, and from term to term, until discharged by said Court.  Said above named witness is further commanded to produce at said time and place above sat forth the following books, papers, and documents or other tangible things, to wit:

**DOCUMENTS SUBMITTED FOR FISCAL 2019-2020; RESPONSIBILITY, SHORTFALL**

**HEREIN FAIL NOT,** and make due return hereof, showing how you have executed the same.

ISSUED and given under my hand and seal of said Court at office in Richmond, Fort Bend County, Texas, **January 06, 2021**

**DISTRICT CLERK BEVERLEY MCGREW WALKER**
**FORT BEND COUNTY, TEXAS**
Physical Address:
1422 Eugene Heimann Circle, Room 31004
Richmond, Texas 77469
Mailing Address:
301 Jackson Street, Room 101
Richmond, Texas 77469

By: _____
 Deputy District Clerk Vanessa Vasquez
 Telephone: (281) 341-3754

**Please contact the attorney at the number listed below upon receipt of this subpoena.**

The name and address of the attorney for **PLAINTIFF** is:
**MARIKI EARL**
**PRO SE**
**7814 CHASEVIEW DR.**
**MISSOURI CITY TX 77489**
**832-483-0375**

21-DCV-279665          268th Judicial District Court
Mariki Earl vs Health and Human Services, Department of Labor

## CERTIFICATE OF DELIVERY BY CERTIFIED MAIL

Came to hand on the **4th day of January, 2021** at **4:03 pm** o'clock and executed at **8701 S GESSNER HOUSTON TX   77074,** on the **6th day of January, 2021,** by delivering a true copy of the within subpoena to the within named witness **DEPARTMENT OF LABOR** by registered or certified mail, with delivery  restricted to addressee only and return receipt requested.

Service Fee……… **$80.00**

**CMRR# 9414 7266 9904 2162 3257 74**

**Rule 176.8(a) Contempt. Failure by any person without adequate excuse to obey a subpoena served upon that person may be deemed a contempt of Court from which the subpoena is served, or a district court in the county in which the subpoena is served, and may be punished by fine or confinement, or both.**

**FILED**

**JANUARY 06, 2021**

**AT 8:18 AM**

*Beverley McGrew Walker*

**CLERK DISTRICT COURT, FORT BEND CO., TX**

**DISTRICT CLERK BEVERLEY MCGREW WALKER
FORT BEND COUNTY, TEXAS**
Physical Address:
1422 Eugene Heimann Circle, Room 31004
Richmond, Texas 77469
Mailing Address:
301 Jackson Street, Room 101
Richmond, Texas 77469

By: _____
Deputy District Clerk  Vanessa Vasquez

---

**COMPLETE IF YOU ARE A PERSON OTHER THAN A SHERIFF, CONSTABLE, OR CLERK OF THE COURT.**
In accordance with Rule 107:  The officer or authorized person who serves, or attempts to serve, a citation shall sign the return.  The signature is not required to be verified.  If the return is signed by a person other than a sheriff, constable, or the clerk of the court, the return shall be signed under penalty of perjury and contain the following statement:

"My name is _____,
                              (First, Middle, Last)

my date of birth is_____, and my address is _____
                                                                                              (Street, City, Zip)

_____."

I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.

Executed in _____ County, State of _____, on the _____

day of _____.

_____
Declarant / Authorized Process Server

_____
(Id # & expiration of certification)

**ORIGINAL**

Subpoena – (Duces Tecum -Certified Mail) issued to Department of Labor on 1/6/2021.

**SERVICE FEE NOT COLLECTED**
**BY DISTRICT CLERK**

☐ Yes   ☒ No
$10.00 Witness Fee Attached

**Subpoena Civil Duces Tecum**

THE STATE OF TEXAS

Cause No: **21-DCV-279665**
**MARIKI EARL VS HEALTH AND HUMAN SERVICES, DEPARTMENT OF LABOR**

TO ANY SHERIFF OR CONSTABLE OF THE STATE OF TEXAS OR OTHER PERSON AUTHORIZED TO SERVE SUBPOENAS AS PROVIDED IN RULE 176 T.R.C.P.:

**YOU ARE HEREBY COMMANDED TO SUMMON**
DEPARTMENT OF LABOR
8701 S GESSNER
HOUSTON TX  77074

to be and personally appear **Instanter** before the, **HONORABLE 268TH JUDICIAL DISTRICT COURT OF FORT BEND COUNTY, TEXAS** to be held within and for said County at the Court House thereof, in Richmond, Texas, then and there to testify and the truth to speak on behalf of the **PLAINTIFF** in the above styled and numbered cause, now pending in said Court, and there to remain from day to day, and from term to term, until discharged by said Court.  Said above named witness is further commanded to produce at said time and place above sat forth the following books, papers, and documents or other tangible things, to wit:

**DOCUMENTS SUBMITTED FOR FISCAL 2019-2020; RESPONSIBILITY, SHORTFALL**

**HEREIN FAIL NOT,** and make due return hereof, showing how you have executed the same.

ISSUED and given under my hand and seal of said Court at office in Richmond, Fort Bend County, Texas, January 06, 2021

**DISTRICT CLERK BEVERLEY MCGREW WALKER**
**FORT BEND COUNTY, TEXAS**
Physical Address:
1422 Eugene Heimann Circle, Room 31004
Richmond, Texas 77469
Mailing Address:
301 Jackson Street, Room 101
Richmond, Texas 77469

By: _____
Deputy District Clerk Vanessa Vasquez
Telephone: (281) 341-3754

**Please contact the attorney listed below upon receipt of this subpoena.**

The name and address of the attorney for **PLAINTIFF** is:
**MARIKI EARL**
**PRO SE**
**7814 CHASEVIEW DR.**
**MISSOURI CITY TX 77489**
**832-483-0375**

**SERVICE**

21-DCV-279665            268th Judicial District Court
Mariki Earl vs Health and Human Services, Department of Labor

## CERTIFICATE OF DELIVERY BY CERTIFIED MAIL

Came to hand on the _____ at _____ o'clock AM/PM  and  executed
at _____,
on  the _____,  by  delivering  a  true  copy  of  the  within  subpoena  to  the
within named witness _____
_____  by  registered  or  certified  mail,  with  delivery   restricted  to  addressee  only  and  return  receipt
requested

Service Fee……… **$_____**

**CMRR#** _____

**Rule 176.8(a) Contempt. Failure by any person without adequate excuse to obey a subpoena
served upon that person may be deemed a contempt of Court from which the subpoena is
served, or a district court in the county in which the subpoena is served, and may be punished by
fine or confinement, or both.**

**DISTRICT CLERK BEVERLEY MCGREW WALKER
FORT BEND COUNTY, TEXAS**
Physical Address:
1422 Eugene Heimann Circle, Room 31004
Richmond, Texas 77469
Mailing Address:
301 Jackson Street, Room 101
Richmond, Texas 77469

By: _____
       Deputy District Clerk

**COMPLETE IF YOU ARE A PERSON OTHER THAN A SHERIFF, CONSTABLE, OR CLERK OF THE COURT.**
In accordance with Rule 107:  The officer or authorized person who serves, or attempts to serve, a citation shall sign the return.  The signature is
not required to be verified.  If the return is signed by a person other than a sheriff, constable, or the clerk of the court, the return shall be signed
under penalty of perjury and contain the following statement:

"My name is _____,
                              (First, Middle, Last)

my date of birth is_____, and my address is _____
                                                                                           (Street, City, Zip)

_____."

I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.

Executed in _____County, State of _____, on the _____

day of _____.

_____
Declarant / Authorized Process Server

_____
(Id # & expiration of certification)

## SERVICE

Subpoena – (Duces Tecum -Certified Mail) issued to Department of Labor on 1/6/2021.

# WALZ

## Certified Mail Automation

Walz Certified Mailer™ form #45663
Version E0719

Used with WCM Plus™ software

Reorder forms online at:
## www.walzpostal.com

or contact WALZ at:
Email: sales@walzpostal.com
Toll Free: (800) 381-3811

For a better, faster and easier way!

21 — DCV — 279665
ISSU                11
Issuance
6249471

# U.S. Postal Service®
## CERTIFIED MAIL RECEIPT

Domestic Mail Only

### USPS® ARTICLE NUMBER

9414 7266 9904 2162 3257 74

| | | |
|---|---|---|
| Certified Mail Fee | $ | 355 |
| Return Receipt (Hardcopy) | $ | 285 |
| Return Receipt (Electronic) | $ | |
| Certified Mail Restricted Delivery | $ | |
| Postage | $ | 50 |
| Total Postage and Fees | $ | 690 |

RICHMOND TEXAS
77406

JAN 2021

USPS

Postmark
Here

**Sent to:** DEPARTMENT OF LABOR
8701 S GESSNER
HOUSTON, TX 77074

FILED

2021 JAN -6 PM 2: 35

CLERK DISTRICT COURT
FORT BEND CO.

### Reference Information

DC CV SUB 268TH VV

21-DCV-279665 EARL

PS Form 3800, Facsimile, July 2015



21-DEW-279685
ISSU          11
Issuance
6252151

77

**United States**
**Postal Service®**

● Sender: Please print your name, address and ZIP+4® below ●

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

**BEVERLEY MCGREW WALKER**
**FORT BEND COUNTY DISTRICT CLERK**
**301 JACKSON**
**RICHMOND TX 77469-3108**



9590 9266 9904 2162 3257 77

Article Addressed to:
DEPARTMENT OF LABOR
8701 S GESSNER
HOUSTON, TX 77074

COMPLETE THIS SECTION ON DELIVERY

A. Signature
X ☐ Agent
☐ Addressee

B. Received by (Printed Name)  C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

3. Service Type
☒ Certified Mail
☐ Certified Mail Restricted Delivery

Reference Information
21-DCV-279565 EARL

DC CV SUB 268TH VV

Certified Mail (Form 3800) Article Number
9414 7266 9904 2162 3257 74

S Form 3811, Facsimile, July 2015

Domestic Return Receipt

**SERVICE FEE NOT COLLECTED BY DISTRICT CLERK**

☐ Yes   ☒ No
$10.00 Witness Fee Attached

**Subpoena - Duces Tecum**

THE STATE OF TEXAS

Cause No: **21-DCV-279665**
**MARIKI EARL VS HEALTH AND HUMAN SERVICES, DEPARTMENT OF LABOR**

TO ANY SHERIFF OR CONSTABLE OF THE STATE OF TEXAS OR OTHER PERSON AUTHORIZED TO SERVE SUBPOENAS AS PROVIDED IN RULE 176 T.R.C.P.:

**YOU ARE HEREBY COMMANDED TO SUMMON**
      **HEALTH AND HUMAN SERVICES**
      **13838 BUFFALO SPEEDWAY**
      **HOUSTON TX  77045**

to be and personally appear **INSTANTER** before the, **HONORABLE 268TH JUDICIAL DISTRICT COURT OF FORT BEND COUNTY, TEXAS** to be held within and for said County at the Court House thereof, in Richmond, Texas, then and there to testify and the truth to speak on behalf of the **PLAINTIFF** in the above styled and numbered cause, now pending in said Court, and there to remain from day to day, and from term to term, until discharged by said Court.  Said above named witness is further commanded to produce at said time and place above sat forth the following books, papers, and documents or other tangible things, to wit:

**DOCUMENTS SUBMITTED FOR FISCAL 2019-2020; RESPONSIBILITY, SHORTFALL**

**HEREIN FAIL NOT,** and make due return hereof, showing how you have executed the same.

ISSUED and given under my hand and seal of said Court at office in Richmond, Fort Bend County, Texas, **January 06, 2021**

**DISTRICT CLERK BEVERLEY MCGREW WALKER**
**FORT BEND COUNTY, TEXAS**
Physical Address:
1422 Eugene Heimann Circle, Room 31004
Richmond, Texas 77469
Mailing Address:
301 Jackson Street, Room 101
Richmond, Texas 77469

By: _____
    Deputy District Clerk Vanessa Vasquez
    Telephone: (281) 341-3754

**Please contact the attorney at the number listed below upon receipt of this subpoena.**

The name and address of the attorney for **PLAINTIFF** is:
**MARIKI EARL**
**PRO SE**
**7814 CHASEVIEW DR.**
**MISSOURI CITY TX 77489**
**832-483-0375**

21-DCV-279665            268th Judicial District Court
Mariki Earl vs Health and Human Services, Department of Labor

**CERTIFICATE OF DELIVERY BY CERTIFIED MAIL**

Came to hand on the **4th day of January, 2021** at **4:03 pm** o'clock and executed at **13838 BUFFALO SPEEDWAY  HOUSTON TX  77045,** on the **6th day of January, 2021,** by delivering a true copy of the within subpoena to the within named witness **HEALTH AND HUMAN SERVICES** by registered or certified mail, with delivery  restricted to addressee only and return receipt requested.

Service Fee……… **$80.00**

**CMRR# 9414 7266 9904 2162 3257 81**

**Rule 176.8(a) Contempt. Failure by any person without adequate excuse to obey a subpoena served upon that person may be deemed a contempt of Court from which the subpoena is served, or a district court in the county in which the subpoena is served, and may be punished by fine or confinement, or both.**

**FILED**
**JANUARY 06, 2021**
**AT 8:18 AM**
*Beverley McGrew Walker*
**CLERK DISTRICT COURT, FORT BEND CO., TX**

**DISTRICT CLERK BEVERLEY MCGREW WALKER**
**FORT BEND COUNTY, TEXAS**
Physical Address:
1422 Eugene Heimann Circle, Room 31004
Richmond, Texas 77469
Mailing Address:
301 Jackson Street, Room 101
Richmond, Texas 77469

By: _____
Deputy District Clerk  Vanessa Vasquez

---

**COMPLETE IF YOU ARE A PERSON OTHER THAN A SHERIFF, CONSTABLE, OR CLERK OF THE COURT.**
In accordance with Rule 107:  The officer or authorized person who serves, or attempts to serve, a citation shall sign the return.  The signature is not required to be verified.  If the return is signed by a person other than a sheriff, constable, or the clerk of the court, the return shall be signed under penalty of perjury and contain the following statement:

"My name is _____,
                              (First, Middle, Last)

my date of birth is_____, and my address is _____
                                                                              (Street, City, Zip)

_____."

I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.

Executed in _____ County, State of _____, on the _____

day of _____.

_____
Declarant / Authorized Process Server

_____
(Id # & expiration of certification)

**ORIGINAL**

Subpoena – (Duces Tecum -Certified Mail) issued to Health and Human Services on 1/6/2021.

**Subpoena Civil Duces Tecum**

THE STATE OF TEXAS

Cause No: **21-DCV-279665**
**MARIKI EARL VS HEALTH AND HUMAN SERVICES, DEPARTMENT OF LABOR**

TO ANY SHERIFF OR CONSTABLE OF THE STATE OF TEXAS OR OTHER PERSON AUTHORIZED TO
SERVE SUBPOENAS AS PROVIDED IN RULE 176 T.R.C.P.:

**YOU ARE HEREBY COMMANDED TO SUMMON**
        HEALTH AND HUMAN SERVICES
        13838 BUFFALO SPEEDWAY
        HOUSTON TX  77045

to be and personally appear **Instanter** before the, **HONORABLE 268TH JUDICIAL DISTRICT COURT OF FORT
BEND COUNTY, TEXAS** to be held within and for said County at the Court House thereof, in Richmond, Texas,
then and there to testify and the truth to speak on behalf of the **PLAINTIFF** in the above styled and numbered
cause, now pending in said Court, and there to remain from day to day, and from term to term, until discharged by
said Court.  Said above named witness is further commanded to produce at said time and place above sat forth the
following books, papers, and documents or other tangible things, to wit:

**DOCUMENTS SUBMITTED FOR FISCAL 2019-2020; RESPONSIBILITY, SHORTFALL**

**HEREIN FAIL NOT,** and make due return hereof, showing how you have executed the same.

ISSUED and given under my hand and seal of said Court at office in Richmond, Fort Bend County, Texas January
06, 2021

                        **DISTRICT CLERK BEVERLEY MCGREW WALKER**
                        **FORT BEND COUNTY, TEXAS**
                        Physical Address:
                        1422 Eugene Heimann Circle, Room 31004
                        Richmond, Texas 77469
                        Mailing Address:
                        301 Jackson Street, Room 101
                        Richmond, Texas 77469

                        By: _____
                        Deputy District Clerk Vanessa Vasquez
                        Telephone: (281) 341-3754

**Please contact the attorney listed below upon receipt of this subpoena.**

The name and address of the attorney for **PLAINTIFF** is:
**MARIKI EARL**
**PRO SE**
**7814 CHASEVIEW DR.**
**MISSOURI CITY TX 77489**
**832-483-0375**

**SERVICE**

21-DCV-279665          268th Judicial District Court
Mariki Earl vs Health and Human Services, Department of Labor

## CERTIFICATE OF DELIVERY BY CERTIFIED MAIL

Came to hand on the _____ at _____ o'clock AM/PM and executed at _____,
on the _____, by delivering a true copy of the within subpoena to the within named witness _____
_____ by registered or certified mail, with delivery  restricted to addressee only and return receipt requested

Service Fee……… **$_____**

**CMRR#** _____

**Rule 176.8(a) Contempt. Failure by any person without adequate excuse to obey a subpoena served upon that person may be deemed a contempt of Court from which the subpoena is served, or a district court in the county in which the subpoena is served, and may be punished by fine or confinement, or both.**

**DISTRICT CLERK BEVERLEY MCGREW WALKER
FORT BEND COUNTY, TEXAS**
<u>Physical Address:</u>
1422 Eugene Heimann Circle, Room 31004
Richmond, Texas 77469
<u>Mailing Address:</u>
301 Jackson Street, Room 101
Richmond, Texas 77469

By: _____
        Deputy District Clerk

<u>**COMPLETE IF YOU ARE A PERSON OTHER THAN A SHERIFF, CONSTABLE, OR CLERK OF THE COURT.**</u>
In accordance with Rule 107:  The officer or authorized person who serves, or attempts to serve, a citation shall sign the return.  The signature is not required to be verified.  If the return is signed by a person other than a sheriff, constable, or the clerk of the court, the return shall be signed under penalty of perjury and contain the following statement:

"My name is _____,
                              (First, Middle, Last)

my date of birth is_____, and my address is _____
                                                                                                  (Street, City, Zip)

_____."

I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.

Executed in _____ County, State of _____, on the _____

day of _____.

_____
Declarant / Authorized Process Server

_____
(Id # & expiration of certification)

## SERVICE

Subpoena – (Duces Tecum -Certified Mail) issued to Health and Human Services on 1/6/2021.

# WALZ

## Certified Mail Automation

Walz Certified Mailer™ form #45663
Version E0719

Used with WCM Plus™ software

Reorder forms online at:

# www.walzpostal.com

or contact WALZ at:
Email: sales@walzpostal.com
Toll Free: (800) 381-3811

For a better, faster and easier way!

21—DCV—279665
ISSU              12
Issuance
6249472

# U.S. Postal Service®
## CERTIFIED MAIL RECEIPT
Domestic Mail Only

### USPS® ARTICLE NUMBER

9414 7266 9904 2162 3257 81

| | |
|---|---|
| Certified Mail Fee | $ 3.25 |
| Return Receipt (Hardcopy) | $ 2.86 |
| Return Receipt (Electronic) | $ |
| Certified Mail Restricted Delivery | $ |
| Postage | $ .50 |
| Total Postage and Fees | $ 6.70 |

Sent to:    HEALTH AND HUMAN SERVICES
13838 BUFFALO SPEEDWAY
HOUSTON,  TX  77045



RICHMOND TEXAS
77406
JAN 2021
USPS
Postmark
Here

FILED 2021 JAN -6 PM 2:35

Burly McAdams CLERK DISTRICT COURT FORT BEND CO., TX

### Reference Information
DC CV SUB 268TH VV
21-DCV-279665 EARL

PS Form 3800, Facsimile, July 2015



First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

NORTH HOUSTON TX 773

21 – DCV – 279665
ISSU       12
Issuance
6253768

7  84

se print your name, address and ZIP+4® below ●

BEVERLEY MCGREW WALKER
FORT BEND COUNTY DISTRICT CLERK
301 JACKSON
RICHMOND TX 77469-3108

Return Receipt (Form 3811) Barcode



9590 9266 9904 2162 3257 84

Article Addressed to:

HEALTH AND HUMAN SERVICES
13838 BUFFALO SPEEDWAY
HOUSTON, TX 77045

COMPLETE THIS SECTION ON DELIVERY

A. Signature
X                                    ☐ Agent
                                     ☐ Addressee
B. Received by (Printed Name)    C. Date of Delivery

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:        ☐ No

3. Service Type
☒ Certified Mail
☐ Certified Mail Restricted Delivery

Reference Information

21-DCV-279665 EARL

DC CV SUB 268TH VV

Certified Mail (Form 3800) Article Number

9414 7266 9904 2162 3257 81

S Form 3811 Facsimile July 2015                    Domestic Return Receipt

☐ Yes   ☒ No
$10.00 Witness Fee Attached

**Subpoena - Duces Tecum**

THE STATE OF TEXAS

Cause No: **21-DCV-279665**
**MARIKI EARL VS HEALTH AND HUMAN SERVICES, DEPARTMENT OF LABOR**

TO ANY SHERIFF OR CONSTABLE OF THE STATE OF TEXAS OR OTHER PERSON AUTHORIZED TO SERVE SUBPOENAS AS PROVIDED IN RULE 176 T.R.C.P.:

**YOU ARE HEREBY COMMANDED TO SUMMON**
      **HEALTH AND HUMAN SERVICES**
      **117 LANE DR**
      **ROSENBERG TX 77471**

to be and personally appear **INSTANTER** before the, **HONORABLE 268TH JUDICIAL DISTRICT COURT OF FORT BEND COUNTY, TEXAS** to be held within and for said County at the Court House thereof, in Richmond, Texas, then and there to testify and the truth to speak on behalf of the **PLAINTIFF** in the above styled and numbered cause, now pending in said Court, and there to remain from day to day, and from term to term, until discharged by said Court.  Said above named witness is further commanded to produce at said time and place above sat forth the following books, papers, and documents or other tangible things, to wit:

**DOCUMENTS SUBMITTED FOR FISCAL 2019-2020; RESPONSIBILITY, SHORTFALL**

**HEREIN FAIL NOT,** and make due return hereof, showing how you have executed the same.

ISSUED and given under my hand and seal of said Court at office in Richmond, Fort Bend County, Texas, **January 06, 2021**

            **DISTRICT CLERK BEVERLEY MCGREW WALKER**
            **FORT BEND COUNTY, TEXAS**
            Physical Address:
            1422 Eugene Heimann Circle, Room 31004
            Richmond, Texas 77469
            Mailing Address:
            301 Jackson Street, Room 101
            Richmond, Texas 77469

            By: _____
            Deputy District Clerk Vanessa Vasquez
            Telephone: (281) 341-3754

**Please contact the attorney at the number listed below upon receipt of this subpoena.**

The name and address of the attorney for **PLAINTIFF** is:
**MARIKI EARL**
**PRO SE**
**7814 CHASEVIEW DR.**
**MISSOURI CITY TX 77489**
**832-483-0375**

21-DCV-279665          268th Judicial District Court
Mariki Earl vs Health and Human Services, Department of Labor

## CERTIFICATE OF DELIVERY BY CERTIFIED MAIL

Came to hand on the **4th day of January, 2021** at **4:03 pm** o'clock and executed at **117 LANE DR ROSENBERG TX  77471,** on the **6th day of January, 2021,** by delivering a true copy of the within subpoena to the within named witness **HEALTH AND HUMAN SERVICES** by registered or certified mail, with delivery  restricted to addressee only and return receipt requested.

Service Fee……… **$80.00**

**CMRR# 9414 7266 9904 2170 3875 97**

**Rule 176.8(a) Contempt. Failure by any person without adequate excuse to obey a subpoena served upon that person may be deemed a contempt of Court from which the subpoena is served, or a district court in the county in which the subpoena is served, and may be punished by fine or confinement, or both.**

**FILED**

**JANUARY 06, 2021**

**AT 8:18 AM**

*Beverley McGrew Walker*

**CLERK DISTRICT COURT, FORT BEND CO., TX**

**DISTRICT CLERK BEVERLEY MCGREW WALKER
FORT BEND COUNTY, TEXAS**
Physical Address:
1422 Eugene Heimann Circle, Room 31004
Richmond, Texas 77469
Mailing Address:
301 Jackson Street, Room 101
Richmond, Texas 77469

By:_____
    Deputy District Clerk  Vanessa Vasquez

---

**COMPLETE IF YOU ARE A PERSON OTHER THAN A SHERIFF, CONSTABLE, OR CLERK OF THE COURT.**
In accordance with Rule 107:  The officer or authorized person who serves, or attempts to serve, a citation shall sign the return.  The signature is not required to be verified.  If the return is signed by a person other than a sheriff, constable, or the clerk of the court, the return shall be signed under penalty of perjury and contain the following statement:

"My name is _____,
                              (First, Middle, Last)

my date of birth is_____, and my address is _____
                                                                                    (Street, City, Zip)

_____."

I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.

Executed in _____ County, State of _____, on the _____

day of _____.

_____
Declarant / Authorized Process Server

_____
(Id # & expiration of certification)

## ORIGINAL

Subpoena – (Duces Tecum -Certified Mail) issued to Health and Human Services on 1/6/2021.

☐ Yes  ☒ No
$10.00 Witness Fee Attached

**Subpoena Civil Duces Tecum**

THE STATE OF TEXAS

Cause No: **21-DCV-279665**
**MARIKI EARL VS HEALTH AND HUMAN SERVICES, DEPARTMENT OF LABOR**

TO ANY SHERIFF OR CONSTABLE OF THE STATE OF TEXAS OR OTHER PERSON AUTHORIZED TO SERVE SUBPOENAS AS PROVIDED IN RULE 176 T.R.C.P.:

**YOU ARE HEREBY COMMANDED TO SUMMON**
          HEALTH AND HUMAN SERVICES
          117 LANE DR
          ROSENBERG TX 77471

to be and personally appear **Instanter** before the, **HONORABLE 268TH JUDICIAL DISTRICT COURT OF FORT BEND COUNTY, TEXAS** to be held within and for said County at the Court House thereof, in Richmond, Texas, then and there to testify and the truth to speak on behalf of the **PLAINTIFF** in the above styled and numbered cause, now pending in said Court, and there to remain from day to day, and from term to term, until discharged by said Court.  Said above named witness is further commanded to produce at said time and place above sat forth the following books, papers, and documents or other tangible things, to wit:

**DOCUMENTS SUBMITTED FOR FISCAL 2019-2020; RESPONSIBILITY, SHORTFALL**

**HEREIN FAIL NOT,** and make due return hereof, showing how you have executed the same.

ISSUED and given under my hand and seal of said Court at office in Richmond, Fort Bend County, Texas January 06, 2021

**DISTRICT CLERK BEVERLEY MCGREW WALKER**
**FORT BEND COUNTY, TEXAS**
Physical Address:
1422 Eugene Heimann Circle, Room 31004
Richmond, Texas 77469
Mailing Address:
301 Jackson Street, Room 101
Richmond, Texas 77469

By: _____
          Deputy District Clerk Vanessa Vasquez
          Telephone: (281) 341-3754

**Please contact the attorney listed below upon receipt of this subpoena.**

The name and address of the attorney for **PLAINTIFF** is:
**MARIKI EARL**
**PRO SE**
**7814 CHASEVIEW DR.**
**MISSOURI CITY TX 77489**
**832-483-0375**

**SERVICE**

21-DCV-279665        268th Judicial District Court
Mariki Earl vs Health and Human Services, Department of Labor

## CERTIFICATE OF DELIVERY BY CERTIFIED MAIL

Came to hand on the _____ at _____ o'clock AM/PM and executed
at _____,
on the _____, by delivering a true copy of the within subpoena to the
within named witness _____
_____ by registered or certified mail, with delivery  restricted to addressee only and return receipt
requested

Service Fee……… **$_____**

**CMRR#** _____

**Rule 176.8(a) Contempt. Failure by any person without adequate excuse to obey a subpoena
served upon that person may be deemed a contempt of Court from which the subpoena is
served, or a district court in the county in which the subpoena is served, and may be punished by
fine or confinement, or both.**

**DISTRICT CLERK BEVERLEY MCGREW WALKER
FORT BEND COUNTY, TEXAS**
Physical Address:
1422 Eugene Heimann Circle, Room 31004
Richmond, Texas 77469
Mailing Address:
301 Jackson Street, Room 101
Richmond, Texas 77469

By:_____
   Deputy District Clerk

<u>**COMPLETE IF YOU ARE A PERSON OTHER THAN A SHERIFF, CONSTABLE, OR CLERK OF THE COURT.**</u>
In accordance with Rule 107:  The officer or authorized person who serves, or attempts to serve, a citation shall sign the return.  The signature is
not required to be verified.  If the return is signed by a person other than a sheriff, constable, or the clerk of the court, the return shall be signed
under penalty of perjury and contain the following statement:

"My name is _____,
                      (First, Middle, Last)

my date of birth is_____, and my address is _____
                                                                              (Street, City, Zip)

_____."

I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.

Executed in _____County, State of _____, on the _____

day of _____.

                                        _____
                                        Declarant / Authorized Process Server

                                        _____
                                        (Id # & expiration of certification)

## SERVICE

Subpoena – (Duces Tecum -Certified Mail) issued to Health and Human Services on 1/6/2021.

# WALZ

Certified Mail Automation

Walz Certified Mailer™ form #45663
Version E1119

Used with WCM Plus™ software

Reorder forms online at:
# www.walzpostal.com


21 – DCV – 279665
ISSU
Issuance    13
6249473

or contact WALZ at:
Email: sales@walzpostal.com
Toll Free: (800) 381-3811

For a better, faster and easier way!

# U.S. Postal Service®
## CERTIFIED MAIL® RECEIPT
*Domestic Mail Only*

**USPS® ARTICLE NUMBER**

9414 7266 9904 2170 3825 97

| | |
|---|---|
| Certified Mail Fee | $ 3.65 |
| Return Receipt (Hardcopy) | $ 2.85 |
| Return Receipt (Electronic) | $ |
| Certified Mail Restricted Delivery | $ |
| Postage | $ .50 |
| Total Postage and Fees | $ 6.90 |

RICHMOND TEXAS
77406

JAN 2021

USPS

**Postmark Here**

Sent to: HEALTH AND HUMAN SERVICES
117 LANE DR
ROSENBERG, TX 77471

FILED

2021 JAN -6 PM 2: 39

*Byerly M. Glen Welles*

CLERK DISTRICT COURT
FORT BEND CO. TX

**Reference Information**

DC CV SUB 268TH VV

21-DCV-279665 EARL

PS Form 3800, Facsimile, July 2015