IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| Mariki Earl, | § | |
| | § | |
| Plaintiff, | § | |
| | § | CIVIL ACTION NO. 4:21-cv-241 |
| v. | § | |
| | § | |
| Health and Human Services, | § | |
| Department of Labor, | § | |
| | § | |
| Defendants. | § | |

## SUBMISSION OF CORRECTED EXHIBIT – NOTICE TO STATE COURT OF REMOVAL

The United States, by its undersigned attorney and on behalf of Health and Human Services and the Department of Labor, submits a corrected exhibit previously filed with the notice of removal (Dkt. No. 1):

Attached with the Removal documents was an exhibit: Notice to State Court of filing notice of removal (Dkt. No. 1-2). That exhibit had the wrong heading; it had the heading for this instant case and not the state court jurisdiction. That was an error by the undersigned. A corrected exhibit, styled in the cause number filed with the 268th District Court for Fort Bend County, Texas, is attached as a corrected exhibit. This corrected exhibit was filed in the 268th District Court to provide notice of this removal, and not the prior erroneous version.

Respectfully submitted,

RYAN K. PATRICK
United States Attorney

*/s/ **Chad W. Cowan***
CHAD W. COWAN
Assistant United States Attorney

Southern District of Texas
1000 Louisiana Street, Suite 2300
Houston, Texas 77002
PH: (713) 567-9569
FX: (713) 718-3303
Alabama Bar No. ASB-5272-C54C
Texas Bar No. 24082540
Southern District No. 938890
Chad.Cowan@usdoj.gov

CERTIFICATE OF SERVICE

I hereby certify that a true copy of the foregoing pleading was electronically served either through the Court's electronic filing system on January 25, 2021, and was served by U.S. Mail, postage prepaid on January 26, 2021, to the following:

Mariki Earl
7814 Chaseview Drive
Missouri City, Texas 77489

*Pro se* **Plaintiff**

/s/ ***Chad W. Cowan***
CHAD W. COWAN
Assistant United States Attorney