United States District Court
Southern District of Texas
**ENTERED**
May 10, 2021
Nathan Ochsner, Clerk

**IN THE UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF TEXAS HOUSTON DIVISION**

| | |
|---|---|
| **MARIKI EARL**, Plaintiff, v. **U.S. DEPARTMENT OF LABOR ET. AL** Defendants. | CIVIL ACTION NO. 4:21-cv-00241 |

## ORDER

On May 7, 2021, the Court held an initial Pretrial and Scheduling Conference pursuant to Rule 16(a) of the Federal Rules of Civil Procedure. At the Conference, Plaintiff Mariki Earl represented to the Court that this case is currently pending before an American Arbitration Association panel.

Accordingly, **IT IS HEREBY ORDERED** that this case is dismissed without prejudice.

The Clerk shall enter this Order and provide a copy to all parties.

**SIGNED** on this the 10th day of May, 2021, at Houston, Texas.

**VANESSA D. GILMORE**
**UNITED STATES DISTRICT JUDGE**